# EXHIBIT A



STATE OF RHODE ISLAND AND                    PROVIDENCE PLANTATIONS

## SUPERIOR COURT

### SUMMONS

|  | **Civil Action File Number**<br>PC-2018-3559 |
|---|---|
| **Plaintiff**<br>Vincent Giron | **Attorney for the Plaintiff or the Plaintiff**<br>Sonja L. Deyoe |
| v. | **Address of the Plaintiff's Attorney or the Plaintiff** |
| **Defendant**<br>Tiffany & Co. | LAW OFFICES OF SONJA L DEYOE<br>395 SMITH STREET<br>PROVIDENCE RI  02908 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>300 Maple Ridge Road<br>Cumberland RI  02864 |

**TO THE DEFENDANT, Tiffany & Co.:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

·   As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 5/24/2018. | /s/ Henry Kinch<br>Clerk |
|---|---|

Witness the seal/watermark of the Superior Court

A True Copy Attest
Vincent T. Vacca,
#1402 Date __6/8/18__

SC-CMS-1 (revised July 2014)

STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS

## SUPERIOR COURT

| Plaintiff | Civil Action File Number |
|---|---|
| Vincent Giron | PC-2018-3559 |
| v. | |
| **Defendant** | |
| Tiffany & Co. | |

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Tiffany & Co.. by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person of suitable age and discretion _____
    Address of dwelling house or usual place of abode _____
    _____
    Age _____
    Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
    Name of authorized agent _____
    If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
    _____

☐ With a guardian or conservator of the Defendant.
    Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
    Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2014)

STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:
☐ By delivering said papers to an officer or a managing or general agent.
  Name of person and designation _____
☐ By leaving said papers at the office of the corporation with a person employed therein.
  Name of person and designation _____
☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent _____
  If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

  _____
  _____

☐ I was unable to make service after the following reasonable attempts: _____
  _____

| SERVICE DATE: _____ / _____ / _____ | SERVICE FEE $_____ |
| Month   Day   Year | |

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____
Signature

State of _____

County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2014)

SC-CMS-1 (revised July 2014)

Case Number: PC-2018-3559
Filed in Providence/Bristol County Superior Court
Submitted: 5/23/2018 1:05:44 PM
Envelope: 1553522
Reviewer: Carol M.

STATE OF RHODE ISLAND                          SUPERIOR COURT
PROVIDENCE, SC.

VINCENTE GIRON

v.

TIFFANY AND CO.

## COMPLAINT.

1.      Plaintiff Vincente Giron is a resident of the City of Providence, County of Providence, State

of Rhode Island at all times relevant hereto.

2.      The Defendant Tiffany and Company is foreign corporation with its primary place of

business in the State of New York.

3.      The Defendant employed the Plaintiff at its facility at 300 Maple Ridge Drive in the County

of Providence, Town of Cumberland, State of Rhode Island where it employed more than fifteen

other workers.

4.      The Plaintiff is Hispanic and worked for the Defendant as a polisher for more than eight

years before he was forced to quit his job because of the abuse he suffered due to being Hispanic.

5.      Plaintiff does not speak English well, and speaking English was not necessary qualification

for his job.  With in the three years prior to the filing of the complaint, however, it was apparent to

Plaintiff that Milena Barrios, was angry with him because he could not speak English and had to use

others to translate for him, as she would say that this took too much time from production.

6.      In addition, Milena Barrios was openly hostile to Plaintiff for being Hispanic with in the

three years prior to the filing of the complaint in the following manners.

a.      For example, Milena Barrios would repeatedly tell Plaintiff when he worked with her that

She was not going to have anyone help him.

Case Number: PC-2018-3559
Filed in Providence/Bristol County Superior Court
Submitted: 5/23/2018 1:05:44 PM
Envelope: 1553522
Reviewer: Carol M.

b.      Milena Barrios herself would repeatedly ignore Plaintiff's request for assistance. For example, in one instance, Plaintiff told her he had a bad stone in a ring, Milena Barrios told Plaintiff to go sit down to work and ask his team leader because she did not want anything to do with him. When Plaintiff asked his team leader about the stone, the team leader sent him to ask Milena Barrios what could be done with the ring with the stone and she again told him to leave and not come back to her anymore, without providing Plaintiff a solution, but then saying he did not do his job accurately.

7.      With in the three years prior to the filing of the complaint, each time Plaintiff had to clean pieces, he had to go to another department, and Milena Barrios would repeatedly look at him, and yell at him because he left his position despite their being no other way for Plaintiff to complete his job. This caused Plaintiff to feel like he had to clean the pieces when Milena Barrios wasn't present so that he would not catch her attention and have her yell at him.

8.      With in the three years prior to the filing of the complaint, at times, Plaintiff had to have other workers assist him with using lasers to finish pieces he was working on because he was never training on the laser. Milena Barrios would repeatedly yell at him and if Plaintiff did not get someone to use the laser for him, and belittle him for not using the laser himself.

9.      On Monday August 1, 2016, around 2:30 p.m. the Plaintiff was working and suffered a work related injury to his back, neck and arm. Plaintiff attempted to report this to Milena Barrios who did not pay him any attention.

10.     Milena Barrios paid and pays attention to non-Hispanic's who have similar work related injuries.

11.     Milena Barrios responded by telling Plaintiff that the pain would go away in about three days, because it was like getting hurt playing ball. Plaintiff borrowed a bandage form a friend for his

Case Number: PC-2018-3559
Filed In Providence/Bristol County Superior Court
Submitted: 5/23/2018 1:05:44 PM
Envelope: 1553522
Reviewer: Carol M.

hand because he was in a lot of pain, but Milena Barrios only found this funny and was laughing at him. She did not speak this was not non-Hispanic's.

12.     The next day Plaintiff went to talk to Milena Barrios and asked her if he could go to the doctor she told him that in three days it would go away and that if I went home they were not going to pay him.

13.     Milena Barrios eventually gave Plaintiff a list of doctors and he had therapy, and was out of work for over one month.

14.     During this period, Milena Barrios told Plaintiff when he asked for a list of specialist that she did not have time to deal with him and that I should be at work. She did not treat non-Hispanic's this way.

15.     Milena Barrios also told Plaintiff that he could only use the bathroom when it was time break for or lunch. Not before or after because it would be a loss for the company. Other non-minority people were allowed to use the restroom as needed.

16.     Milena Barrios gave Plaintiff a negative review two weeks after his return from his work related injury. In the review that he received the year-end total was 83% and the others received 75%. Others with the lower percent received a raise and Plaintiff did not.

17.     Plaintiff attempted to rectify his concerns with Steven Saulen, the General Manager, who did not rectify his concerns.

18.     Plaintiff also went to Maria Duarte, senior human resources representative. She organized a meeting with Steven Saulen, Milena Barrios Barrios and Plaintiff.

19.     On Thursday June 1, 2017, there was a meeting between Milena Barrios and the employees to communicate that on Friday, they were not to bring food in for lunch because she was going to bring food for all the employees and afterwards the meeting she was going to send Lucy Acuna around to ask every person who worked there and ask what food they would like to eat. Lucy came

Case Number: PC-2018-3559
Filed in Providence/Bristol County Superior Court
Submitted: 5/23/2018 1:05:44 PM
Envelope: 1553522
Reviewer: Carol M.

by and asked Plaintiff what he would like to eat. Plaintiff told her he would like food from the

restaurant Madeira.

20.      On Friday Milena Barrios came at 11:30 am and told Plaintiff that Steven Saulen would like

to speak to him and she then left.

21.      Plaintiff went to Selso Antunes so he could translate for him because he did not understand

English.  He was told not to go to the cafeteria because he could not eat with them and he was being

transferred to Robert Accetturo's team.

22.      Plaintiff did not have lunch with him, felt back, and had to tell his friends and coworkers

later on why he could not eat with them which was embarrassing, in addition to not having lunch.

23.      Plaintiff began experiencing severe emotional distress, physical symptomatology, difficulty

sleeping, and had to see his physician and accordingly quit his position.

24.      On September 8, 2017, Plaintiff filed a Charge of Discrimination at the Rhode Island

Commission on Human Rights.  On February 22, 2018, Rhode Island Commission on Human

Rights issued a Private Right to Sue letter.  Plaintiff has satisfied all administrative requirements prior

to filing this lawsuit.

## COUNT 1

### VIOLATION OF RIFEPA – 28-5-1 et seq.,

25.      Plaintiff realleges the allegations contained in the above paragraphs and incorporate the
same by reference herein.
26.      Defendant intentionally discriminated against Plaintiff on the basis of his race. Defendant's
actions caused Plaintiff to suffer emotional distress and financial loss.

27.      Defendant subjected Plaintiff to a hostile work environment such that it created terms and
conditions so extreme that Plaintiff was forced to resign from his position.

28.      As a direct and proximate result of Defendant's discriminatory animus, Plaintiff has suffered
financial harm and emotional distress.

Case Number: PC-2018-3559
Filed in Providence/Bristol County Superior Court
Submitted: 5/23/2018 1:05:44 PM
Envelope: 1553522
Reviewer: Carol M.

Wherefore, Plaintiff respectfully demands judgment against Defendant in an amount to be determined by this litigation, together with interest, attorneys' fees, costs, punitive damages, and any other relief this court deems just and fit.

## COUNT II

## VIOLATION OF RHODE ISLAND CIVIL RIGHT'S ACT

29. Plaintiff realleges the allegations contained in the above paragraphs and incorporate the same by reference herein.

30. Defendant intentionally discriminated against Plaintiff on the basis of his race. Defendant's actions caused Plaintiff to suffer emotional distress and financial loss.

31. Defendant subjected Plaintiff to a hostile work environment such that it created terms and conditions so extreme that Plaintiff was forced to resign from his position.

32. As a direct and proximate result of Defendant's discriminatory animus, Plaintiff has suffered financial harm and emotional distress.

Wherefore, Plaintiff respectfully demands judgment against Defendant in an amount to be determined by this litigation, together with interest, attorneys' fees, costs, punitive damages, and any other relief this court deems just and fit.

## REQUEST FOR A JURY TRIAL

Plaintiff, Vincente Giron, respectfully request a trial by jury on all counts to the full extent permitted by law.

Respectfully submitted,

Vincent Giron
By his attorneys,

Law Office of Sonja L. Deyoe

/s/ Sonja L. Deyoe
Sonja L. Deyoe, #6301
Law Offices of Sonja Deyoe
395 Smith Street
Providence, RI 02908
(401) 864-5877
sld@the-straight-shooter.com

Dated:   May 23, 2018

Case Number: PC-2018-3559
Filed in Providence/Bristol County Superior Court
Submitted: 5/23/2018 1:05:44 PM
Envelope: 1553522
Reviewer: Carol M.

STATE OF RHODE ISLAND                     SUPERIOR COURT
PROVIDENCE, SC.

VINCENTE GIRON

v.

TIFFANY AND CO.

JURY DEMAND

    Plaintiff, Vincente Giron, respectfully request a trial by jury on all counts to the full extent permitted by law.

Respectfully submitted,

Vincent Giron
By his attorneys,

Law Office of Sonja L. Deyoe

/s/ Sonja L. Deyoe
Sonja L. Deyoe, #6301
Law Offices of Sonja Deyoe
395 Smith Street
Providence, RI 02908
(401) 864-5877
skd@the-straight-shooter.com

Dated:   May 23, 2018

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
Español: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
Português: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.

# NOTICE



## You have a case in the Rhode Island state court system.

## You have the right to an interpreter at no cost to you.

Rhode Island Supreme Court Executive Order 2012-05 states that when a Limited-English Proficient (LEP) person appears in court, the Rhode Island Judiciary will provide a free authorized interpreter for the defendant, plaintiff, witness, victim, parent of a juvenile, or someone with a significant interest in the court proceeding. This interpreting service is provided at no cost to the parties and in all types of cases, both civil and criminal. Court interpreters work in all the courthouses of the Rhode Island state court system.

**To schedule an interpreter for your day in court, you have the following options:**

1. Call the Office of Court Interpreters at (401) 222-8710, or

2. Send an email message to interpreterfeedback@courts.ri.gov, or

3. Visit the interpreters' office to schedule an interpreter:

> The Office of Court Interpreters
> Licht Judicial Complex
> Fourth Floor, Room 401
> 250 Benefit Street
> Providence, RI 02903

**When requesting an interpreter, please provide the following information:**

- The name and number of your case
- The language you are requesting
- The date and time of your hearing
- The location of your hearing
- Your name and a telephone number where we can reach you or your lawyer

---

For more information in Portuguese, Russian, and Spanish, including a listing of court forms that are available in Spanish, please visit our website on the internet:
http://www.courts.ri.gov/Interpreters/englishversion/default.aspx.

To request a translation of this notice into any other language, please call the Office of Court Interpreters at (401) 222-8710. It would be helpful to have an English speaker with you when you call.

The Rhode Island Judiciary is committed to making the courts accessible to all.

The Office of Court Interpreters
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
Camboyano: SAMPLE: [Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.]
Español: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
Português: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.



# NOTIFICAÇÃO

## V. Ex.ª tem um processo em curso no sistema judiciário do Estado de Rhode Island,

## V. Ex.ª tem direito aos serviços gratuitos de um intérprete.

A Ordem Executiva 2012-05 do Supremo Tribunal de Rhode Island prevê que quando uma pessoa com conhecimentos limitados da língua inglesa (*Limited-English Proficient*) (LEP) comparece em tribunal, a Administração Judiciária de Rhode Island disponibiliza-lhe gratuitamente os serviços de um intérprete autorizado a um réu, autor, testemunha, vítima, pai ou mãe de um menor ou alguém com interesse significativo no processo judicial. O serviço de intérprete é prestado gratuitamente às partes e em todos os tipos de processos, sejam eles civis ou penais. Os intérpretes do tribunal trabalham em todos os tribunais do sistema judiciário do Estado de Rhode Island.

Para agendar os serviços de um intérprete para o seu dia no tribunal, tem as seguintes opções:

1.   Telefonar para o Gabinete de Intérpretes Judiciais através do n.º (401) 222-8710, ou

2.   Enviar uma mensagem de correio eletrónico para interpreterfeedback@courts.ri.gov, ou

3.   Deslocar-se ao gabinete de intérpretes para agendar os serviços de um intérprete:

> **Gabinete de Intérpretes Judiciais**
> **Complexo Judicial Licht**
> **Quarto Piso, Sala 401**
> **250 Benefit Street**
> **Providence, RI 02903**

Quando solicitar os serviços de um intérprete deve fornecer os seguintes dados:

- O nome e número do seu processo
- O idioma que solicita
- A data e hora da sua audiência
- O local da sua audiência
- O seu nome e um número de telefone para o podermos contactar a si ou ao seu advogado

---

Para obter mais informações em português, russo e espanhol, incluindo uma lista dos formulários judiciais disponíveis em espanhol, visite o nosso website na internet: http://www.courts.ri.gov/Interpreters/englishversion/default.aspxi.

Para solicitar uma tradução desta notificação para qualquer outro idioma, telefone para o Gabinete de Intérpretes Judiciais através do número (401) 222-8710. Recomenda-se que esteja acompanhado por alguém que fale inglês quando fizer a chamada.

A Administração Judiciária de Rhode Island está empenhada em tornar os tribunais acessíveis para todos.

> Gabinete de Intérpretes Judiciais
> Complexo Judicial Licht
> Quarto Piso, Sala 401
> 250 Benefit Street
> Providence, RI 02903

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
Español: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
Português: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.



# AVISO

## Usted tiene un caso en el sistema judicial de Rhode Island.

## Usted tiene el derecho a tener un intérprete sin costo para usted.

La Orden Ejecutiva 2012-05 del Tribunal Supremo de Rhode Island dicta que cuando una persona que tiene un dominio limitado del inglés (LEP) comparece ante la corte, el Sistema Judicial de Rhode Island le proveerá un intérprete autorizado gratis sea el acusado/demandado, demandante, testigo, víctima, padre de un menor de edad alguien que tenga con un interés importante en el proceso de la corte. Este servicio de interpretación se le proveerá sin costo alguno a los participantes en toda clase de caso, sea civil o penal.

Los intérpretes judiciales trabajan en todos los tribunales del Sistema Judicial de Rhode Island.

Para solicitar un intérprete para su comparecencia en el tribunal, usted tiene las siguientes opciones:

1. Llamar a la Oficina de Intérpretes en el tribunal al 401-222-8710 ;

2. Mandar un correo electrónico a interpreterfeedback@courts.ri.gov; o

3. Presentarse a la Oficina de Intérpretes para solicitar un intérprete:

> The Office of Court Interpreters
> Licht Judicial Complex
> Cuarto Piso, Oficina 401 A-B
> 250 Benefit Street
> Providence, RI 02903

Al solicitar un intérprete, por favor provea la siguiente información:

- El nombre y el número de su caso

- El idioma que solicita

- La fecha y hora de su audiencia

- Dónde va a tomar lugar su audiencia

- Su nombre y número de teléfono por el cual nos podamos poner en contacto con usted o con su abogado.

---

Para obtener más información en portugués, ruso o español, incluyendo una lista de formularios de la corte que están disponibles en español, visite nuestra página de internet:

> http://www.courts.ri.gov/Interpreters/englishversion/default.aspxi.

Para solicitar la traducción de este aviso en cualquier otro idioma, por favor llame a la oficina de intérpretes al (401) 222-8710. Ayudaría si usted puede estar en compañía de una persona que habla inglés cuando llame.

El sistema jurídico de Rhode Island se compromete a proporcionar a todas las personas mejor acceso a los tribunales.

> The Office of Court Interpreters
> Licht Judicial Complex
> Fourth Floor Room 401
> 250 Benefit Street
> Providence, RI 02903

មើលសេចក្ដីជូនដំណឹងនេះជាភាសាខ្មែរ អេស្បាញ់ និងព័ត៌មានបន្ថែមលើទំព័រដែលបានភ្ជាប់។

សេចក្ដីជូនដំណឹង

លោកអ្នកមានបញ្ហាឹងនៅក្នុងប្រព័ន្ធតុលាការវៃរដ្ឋ **Rhode Island**។

លោកអ្នកមានសិទ្ធិស្នើសុំអ្នកបកប្រៃដោយឥតគិតថ្លៃសម្រាប់ខ្លួនឯង។



ដ៏កាប្រតិបត្តិរបស់តុលាការកំពូលនៃ Rhode Island (Rhode Island Supreme Court Executive Order) លេខ 2012-05 បានចែងថានៅពេលបុគ្គលដែលមានចំណេះដឹងផ្នែកភាសាអង់គ្លេសមានកំណត់ (LEP) បង្ហាញខ្លួននៅក្នុងតុលាការ តុលាការនៃ Rhode Island នឹងផ្ដល់អ្នកបកប្រៃដែលបានអនុញ្ញាតដោយឥតគិតថ្លៃសម្រាប់ចុះចាទ ដើមចាទ សាក្សី ជនរងគ្រោះ មាតាបិតារបស់អនីតិជន ឬរណាម្នាក់ដែលពាក់ព័ន្ធយ៉ាងសំខាន់នៅក្នុងដំណើរការតុលាការ។ សេវាកម្មបកប្រៃនេះ ត្រូវបានផ្ដល់ជូនដោយឥតគិតថ្លៃសម្រាប់គូភាគី និងនៅគ្រប់ប្រទេសនៃបញ្ហាឹង ទាំងរដ្ឋប្បវេណី និងព្រហ្មទណ្ឌ។ អ្នកបកប្រៃក្នុងតុលាការធ្វើការនៅក្នុងគ្រប់តុលាការទាំងអស់របស់ប្រព័ន្ធតុលាការនៃរដ្ឋ Rhode Island។ ដើម្បីប្រាកងពេលវេលាអ្នកបកប្រៃសម្រាប់ថ្ងៃចូលរាការរបស់លោកអ្នក លោកអ្នកមានជម្រើសផ្សេងខាងក្រោម :

1. ទូរស័ព្ទមកកាន់ការិយាល័យអ្នកបកប្រៃប្រចាំតុលាការតាមរយៈលេខ (401) 222-8710 ឬ
2. ផ្ញើអ៊ីម៉ែលទៅកាន់ interpreterfeedback@courts.ri.gov ឬ
3. ទៅកាន់ការិយាល័យអ្នកបកប្រៃដើម្បីប្រាកងពេលវេលាអ្នកបកប្រៃ :

   The Office of Court Interpreters
   Licht Judicial Complex
   Fourth Floor, Room 401
   250 Benefit Street
   Providence, RI 02903

នៅពេលស្នើសុំអ្នកបកប្រៃ សូមផ្ដល់នូវព័ត៌មានខ្លួចខាងក្រោម :

   • ឈ្មោះ និងលេខបញ្ហាឹងរបស់លោកអ្នក
   • ភាសាដែលលោកអ្នកស្នើសុំ
   • កាលបរិច្ឆេទ និងម៉ោងសវនាការរបស់លោកអ្នក
   • ទីតាំងនៃសវនាការរបស់លោកអ្នក
   • ឈ្មោះ និងលេខទូរស័ព្ទលោកអ្នកដែលយើងខ្ញុំអាចទំនាក់ទំនងលោកអ្នក ឬមេធាវីលោកអ្នកបាន

---

សម្រាប់ព័ត៌មានបន្ថែមជាភាសាក៏រ្មុយហ្ស៉ីល រុស្ស៉ី និងអេស្បាញ់ រួមទាំងបញ្ជីទម្រង់បែបបទតុលាការដែលមានជាភាសាអេស្បាញ់នោះ សូមចូល ទៅកាន់គេហទំព័ររប្រើងខ្ញុំនៅលើអ៊ិនធឺណិត :

http://www.courts.ri.gov/Interpreters/englishversion/default.aspx។

ដើម្បីស្នើសុំការបកប្រៃសេចក្ដីជូនដំណឹងនេះជាភាសាណាមួយឡេងឡៀត សូមទូរស័ព្ទមកការិយាល័យអ្នកបកប្រៃប្រចាំតុលាការតាមរយៈលេខ (401) 222-8710។ វាជាការចាំបាច់ដែលត្រូវមានអ្នកនិយាយភាសាអង់គ្លេសជាមួយលោកអ្នកនៅពេលដែលលោកអ្នកទូរស័ព្ទចូល។

តុលាការ Rhode Island ប្ដេជ្ញាធ្វើឲ្យតុលាការអាចប្រើប្រាស់បានសម្រាប់មនុស្សគ្រប់គ្នា។

ការិយាល័យអ្នកបកប្រៃប្រចាំតុលាការ
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence. RI 02903